Court, Appellate Division, Second Department. December 30, 1909.) Action by Thomas Brady, an infant, by John B. Brady, his guardian ad litem, against the Hudson River & Eastern Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRADY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Mary Brady, as administratrix, etc., of Patrick Brady, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Brady v. N. Y. C. & H. R. R. Co., 127 App. Div. 347, 111 N. Y. Supp. 507. See, also, 118 N. Y. Supp. 1096.

HIRSCHBERG, P. J., dissents.

BRADY, Respondent, v. NOLAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Bernard Brady against David Nolan. No opinion. Judgment modified, by deducting therefrom, as of the date of the decision, the sum of $47.70 allowed as interest, and, as so modified, affirmed, without costs of this appeal to either party.

BRANDES, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Carl Brandes against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

BRANGACCIO, Respondent, v. WEBER PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Vingenzo Brangaccio against the Weber Piano Company. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion granted.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Motion denied, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Appeal dismissed, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRAUN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Mary Braun, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No

opinion. Judgment and order (116 N. Y. Supp. 668) affirmed, with costs.

BREEZE v. BAYNE et al. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by William B. Breeze against Trivet Bayne and another. No opinion. Judgment affirmed, with costs.

BREWER, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Joseph Brewer against Louise U. Eldridge. No opinion. Judgment affirmed, with costs.

BROWN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Isaac Brown against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BROWN, Appellant, v. NATIONAL FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by John L. Brown against the National Fire Insurance Company. No opinion. Judgment affirmed, with costs.

In re BRUBAKER. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Arthur Brubaker for admission to the bar. No opinion. Application granted.

BRYERS, Respondent, v. IROQUOIS CHINA CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Frederick G. Bryers against the Iroquois China Company.

PER CURIAM. Judgment and order of County Court and judgment and order of Municipal Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish actionable negligence against the defendant.

KRUSE, J., dissents.

BUCKLEY, Appellant, v. HASELL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Leander J. Buckley against Adelia A. Hasell, individually, etc. J. S. Davenport, for appellant. H. H. Snedeker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 App. Div. 356, 103 N. Y. Supp. 377.

BURNS et al., Appellants, v. BENNETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Bridget Burns and another against William W. Bennett. No opinion. Motion to open default denied, with costs. See, also, 119 N. Y. Supp. 1116.

BURSTEIN, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division,